■ In the Matter of DIANA V., a Person Alleged to be a Juvenile Delinquent, Appellant. [746 NYS2d 902]

Appellant, 15 years old at the time, admitted having hit a teacher during an altercation in the gym on February 27, 2001. This act would constitute a misdemeanor assault.

Family Court cannot be said to have improvidently exercised its discretion in denying the application for an adjournment in contemplation of dismissal (*Matter of Nikkia C.*, 187 AD2d 581). Nor did the court err in ordering probation (Family Ct Act § 353.2). Concur—Tom, J.P., Andrias, Saxe, Ellerin and Wallach, JJ.